DAVID P. MASTAGNI (SBN 57721)
PHILLIP R.A. MASTAGNI (SBN 238254)
GRANT A. WINTER (SBN 266329)
MASTAGNI HOLSTEDT
1912 I Street
Sacramento, CA  95811
T:       (916) 446-4692
F:       (916) 447-4614
gwinter@mastagni.com

Attorneys for Plaintiff
IRENE PORTER


MICHAEL J. CHRISTIAN (SBN 173727)
SHANE R. LARSEN (SBN 283966)
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, California 95814
T:       (916) 341-0404
F:       (916) 341-0141
ChristianM@jacksonlewis.com
Shane.Larsen@jacksonlewis.com

Attorneys for Defendants
THE PERMANENTE MEDICAL GROUP, INC.
and KAISER FOUNDATION HEALTH
 PLAN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE PORTER,<br><br>Plaintiff,<br><br>v.<br><br>THE PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HEALTH PLAN, INC.; MICHELLE WHITE; and DOES 1 TO 100,<br><br>Defendants. | Case No. 2:16-CV-01140-JAM-KJN<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT KAISER FOUNDATION HEALTH PLAN, INC.**<br><br>Complaint Filed:    May 25, 2016<br>Trial Date:              TBD |

Defendants THE PERMANENTE MEDICAL GROUP, INC. ("TPMG"), and KAISER FOUNDATION HEALTH PLAN, INC. ("KFHP") and Plaintiff IRENE PORTER ("Plaintiff") by and through their attorneys hereby stipulate as follows:

1

CERTIFICATE OF SERVICE                                                                        Case No. 2:16-CV-01140-JAM-KJN

KFHP shall be dismissed without prejudice with each party bearing their own costs and fees. TPMG and KFHP stipulate that Plaintiff is an employee of TPMG, not KFHP. TPMG and KFHP further agree and stipulate that if facts come to light later in this Action which cause Plaintiff to believe KFHP is an appropriate party, TPMG and KFHP will not object on the grounds of timeliness, or based on this dismissal without prejudice, to KFHP being added as a party to this Action; TPMG and KFHP preserve all other rights they have to challenge KFHP as a party.

Date: June 29, 2016                    MASTAGNI HOLSTEDT

                                       By: /s/ Grant A. Winter  [as authorized on 6.29.2016]
                                           DAVID P. MASTAGNI
                                           PHILLIP R.A. MASTAGNI
                                           GRANT A. WINTER

                                           Attorneys for Plaintiff
                                           IRENE PORTER

Date: June 29, 2016                    JACKSON LEWIS P.C.

                                       By: /s/ Michael J. Christian
                                           MICHAEL J. CHRISTIAN
                                           SHANE R. LARSEN

                                           Attorneys for Defendants
                                           THE PERMANENTE MEDICAL GROUP, INC.
                                           and KAISER FOUNDATION HEALTH PLAN, INC.

## ORDER

Subject to and based on the foregoing Stipulation, KFHP is dismissed without prejudice with each party bearing their own costs and attorneys' fees.

Dated: 6/29/2016

                                       /s/ John A. Mendez
                                       U.S. DISTRICT JUDGE JOHN A. MENDEZ