SEAN GAVIN (SBN: 251124)
FOOS GAVIN LAW FIRM, P.C.
3947 Lennane Drive, Suite 120
Sacramento, California 95834
Telephone: (916) 779.3500
Facsimile : (916) 779.3508
sean@foosgavinlaw.com

Attorney for Plaintiff
IRENE PORTER

MICHAEL J. CHRISTIAN (SBN 173727)
SHANE R. LARSEN (SBN 283966)
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
christianm@jacksonlewis.com
shane.larsen@jacksonlewis.com

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.

JENNIFER R. MADDEN (SBN 184905)
CAROLINE M. COLANGELO (SBN 278071)
DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP
500 Capitol Mall, Suite 1550
Sacramento, California 95814
Telephone: (916) 661-5700
Facsimile: (916) 662-5071
jmadden@delfinomadden.com

Attorneys for Defendant
MICHELLE WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE PORTER,<br><br>    Plaintiff,<br><br>v.<br><br>THE PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HEALTH PLAN, INC.; MICHELLE WHITE; and DOES 1 through 100,<br><br>    Defendants. | Case No. 2:16-CV-01140-JAM-KJN<br><br>**JOINT STATUS REPORT AND STIPULATED JOINT REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER; AND ORDER** |

///

1

Joint Status Report and Stipulated Joint Request to Modify     *Porter v. The Permanente Medical Group, Inc., et al.*
Pretrial Scheduling Order; and [Proposed] Order     Case No. 2:16-CV-01140-JAM-KJN

## I. PRESENTLY SCHEDULED DATES AND REQUESTED MODIFIED DATES

Plaintiff Irene Porter ("Plaintiff"), and Defendants The Permanente Medical Group, Inc. ("TPMG") and Michelle White (collectively "Defendants"), having met and conferred, hereby jointly request, based on the showing of good cause discussed herein, that the Court modify the Pretrial Scheduling Order issued on August 10, 2016 (Docket #11) by:

1. Setting a new deadline of April 16, 2018 for expert witness disclosure.
2. Setting a new deadline of May 16, 2018 for supplemental disclosure of rebuttal experts.
3. Setting a new deadline of July 16, 2018 for all discovery to be completed.
4. Setting a new deadline of August 17, 2018 for dispositive motions to be filed.
5. Setting a new date and time of September 18, 2018 at 1:30 p.m. for the hearing on dispositive motions.
6. Setting a new date and time of December 7, 2018 at 10:00 a.m. for the final pretrial conference.
7. Setting a new date and time of January 14, 2019 at 9:00 a.m. for the jury trial.

## II. GOOD CAUSE EXISTS TO MODIFY THE PRETRIAL SCHEDULING ORDER

On August 8, 2016, the parties submitted a Joint Status Report. (See Docket #10.) On August 10, 2016, this Court issued its Pretrial Scheduling Order. (See Docket #11.) This Pretrial Scheduling Order established the deadline to file and the date to hear dispositive motions, the deadline to complete discovery, and the deadline to designate expert witnesses and disclose supplemental and rebuttal expert witnesses. The Pretrial Scheduling Order also set the date of the final pretrial conference and the jury trial.

The parties diligently litigated the case within the deadlines originally scheduled. On September 29, 2017, however, Plaintiff's prior counsel, Grant Winter of Mastagni Holstedt, A.P.C., filed a Motion to Withdraw as Counsel. (See Docket #15.) Defendants did not oppose the withdrawal, but nevertheless filed an Opposition to the Motion for the purpose of formally requesting the continuance of the aforementioned dates and deadlines in light of the withdrawal

///

and the difficulties in conducting and completing discovery that immediately preceded the withdrawal. (See Docket #17.)

At the same time Plaintiff's prior counsel was seeking to withdraw, TPMG was seeking to compel Plaintiff's deposition and further discovery responses, and had set a conference with the assigned Magistrate Judge. (See Docket #18.)

On October 31, 2017, the Court granted Mr. Winter's Motion to Withdraw. (See Docket #19.) In the accompanying Minute Order, however, the Court declined to extend any dates or deadlines, instead ordering that the case be stayed for 60 days, until January 2, 2018. The Court indicated it would then "revisit the request for an extension of the discovery deadlines after the stay expires." The Court issued a similar order that same day (October 31, 2017) indicating that there would be no prejudice to "counsel's ability to raise their discovery issues before the Court after the stay expires." (See Docket #22.)

The assigned Magistrate Judge deemed the set discovery conference vacated because of the stay. (See Docket #22.)

On December 20, 2017, Plaintiff retained new counsel, Sean Gavin of Foos Gavin Law Firm, P.C., who in turn submitted a Substitution of Attorney form to the Court. Following that, Mr. Gavin and counsel for Defendants met and conferred about the outstanding discovery still to be completed, as well as the trial and other related dates and deadlines contained in the Pretrial Scheduling Order. Given Mr. Gavin's recent retention, as well as the difficulty in conducting and concluding discovery both immediately preceding and during the pendency of Mr. Winter's Motion to Withdraw and the subsequent stay of the matter, the parties and their counsel therefore believe and submit that good cause exists for a modification of the current Pretrial Scheduling Order. The modification will allow both parties to proceed with reasonable diligence to take all steps necessary to prepare and bring the matter to trial. Plaintiff has agreed to appear for deposition, and the parties are currently scheduling the deposition in the coming weeks.

**III. CONCLUSION**

For the foregoing reasons, Plaintiff and Defendants jointly request the Court modify the Pretrial Scheduling Order to (1) vacate and reset the deadline to file and the date to hear

3

Joint Status Report and Stipulated Joint Request to Modify    *Porter v. The Permanente Medical Group, Inc., et al.*
Pretrial Scheduling Order; and [Proposed] Order                Case No. 2:16-CV-01140-JAM-KJN

dispositive motions, the deadline to complete discovery, and the deadline to designate expert witnesses and disclose supplemental and rebuttal expert witnesses; and (2) vacate and reset the respective dates of the final pretrial conference and the jury trial. The Parties have proposed specific new dates, but they do not object to the Court picking its own dates close in time to their proposed dates. Alternatively, the Parties will make themselves available if the Court prefers to hold a status or scheduling conference.

Dated: January 31, 2018          FOOS GAVIN LAW FIRM, P.C.


By: */s/ Sean Gavin* [authorized on 1.31.2018]
    Sean Gavin

Attorneys for Plaintiff
IRENE PORTER


Dated: January 31, 2018          JACKSON LEWIS P.C.


By: */s/ Shane R. Larsen*
    Michael J. Christian
    Shane R. Larsen

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.


Dated: January 31, 2018          DELFINO MADDEN O'MALLEY
                                                                 COYLE & KOEWLER LLP


By: */s/ Jennifer Madden* [authorized on 1.31.2018]
    Jennifer R. Madden
    Caroline M. Colangelo

Attorneys for Defendant
MICHELLE WHITE

4

Joint Status Report and Stipulated Joint Request to Modify          *Porter v. The Permanente Medical Group, Inc., et al.*
Pretrial Scheduling Order; and [Proposed] Order                     Case No. 2:16-CV-01140-JAM-KJN

## ORDER (AS MODIFIED BY THE COURT)

Good cause appearing, the Court hereby modifies the Pretrial Scheduling Order as follows:

1. Expert witness disclosure shall be by April 16, 2018.
2. Supplemental disclosure of rebuttal experts shall be by May 16, 2018.
3. All discovery shall be completed by July 16, 2018.
4. Dispositive motions shall be filed by August 17, 2018.
5. The hearing on dispositive motions shall be held on September 18, 2018 at 1:30 p.m.
6. The joint pretrial statement shall be filed no later than November 30, 2018;
7. The final pretrial conference shall be set for December 7, 2018 at 10:00 a.m.
8. Jury trial is set for January 14, 2019 at 9:00 a.m.

All other aspects of the Pretrial Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

Dated: 1/31/2018

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge