SEAN GAVIN (SBN: 251124)
FOOS GAVIN LAW FIRM, P.C.
3947 Lennane Drive, Suite 120
Sacramento, California 95834
Telephone: (916) 779.3500
Facsimile : (916) 779.3508
sean@foosgavinlaw.com

Attorney for Plaintiff
IRENE PORTER

MICHAEL J. CHRISTIAN (SBN 173727)
SHANE R. LARSEN (SBN 283966)
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
christianm@jacksonlewis.com
shane.larsen@jacksonlewis.com

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.

JENNIFER RANDLETT MADDEN (SBN 184905)
KRISTIN N. IVANCO (SBN 294993)
DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP
500 Capitol Mall, Suite 1550
Sacramento, CA 95814
Telephone:   (916) 661-5700
Facsimile:   (916) 661-5701
jmadden@delfinomadden.com
kivanco@delfinomadden.com

Attorneys for Defendant
MICHELLE WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE PORTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HEALTH PLAN, INC.; MICHELLE WHITE,<br><br>　　　　　Defendants. | CASE NO.  2:16-cv-01140 JAM KLN<br><br>Complaint Filed:　　5/25/16<br>Trial Date:　　　　1/14/19<br><br>**JOINT STIPULATION AND ORDER REGARDING LIMITED STAY PENDING SETTLEMENT DISCUSSIONS, OR, IN THE ALTERNATIVE TO EXTEND DEADLINES IN THE SCHEDULING ORDER** |

1

STIPULATION AND [PROPOSED] ORDER RE: LIMITED STAY OR EXTEND DEADLINES IN SCHEDULING ORDER

{00116901.3}

Plaintiff Irene Porter ("Plaintiff"), and Defendants The Permanente Medical Group, Inc. ("TPMG") and Michelle White (collectively "Defendants"), by and through their counsel of record, hereby jointly stipulate and seek leave pursuant to Rule 16(b) of the Federal Rules of Civil Procedure to extend the deadlines set forth in the Status (Pretrial Scheduling) Scheduling Order (hereinafter the "Scheduling Order") for good cause as set forth herein.

The litigation of this action was delayed as Plaintiff's former counsel withdrew, and Plaintiff only acquired new counsel in the beginning of this year. After Plaintiff's new counsel became engaged, the parties were finally able to proceed with written discovery and ultimately Plaintiff's initial day of deposition. Following the first day of Plaintiff's deposition on April 30, 2018, the Parties have engaged is significant and productive lengthy settlement discussions. In an effort to facilitate continued negotiations, work toward mediation of this case and limit the unnecessary expenditure of fees pending the discovery cut off of July 16, 2018, the Parties request the Court stay all proceedings for 60 days from the date of filing of this stipulation. The Parties believe abiding by the current proposed scheduling order will adversely impact the ongoing settlement negotiations. If approved by the Court, the parties will submit a joint stipulation of September 7, 2018 informing the court of settlement progress and proposing new dates for completion of discovery, trial and all associated dates.

Alternatively, if the above is not acceptable to the Court, the Parties request continuance of the following deadlines for thirty days:

1. Discovery cutoff of July 16, 2018 is continued to August 15, 2018.
2. Expert witness disclosure will occur on August 15, 2018.
3. Supplemental disclosure of rebuttal experts will occur on September 1, 2018.
4. Dispositive motions will be filed by September 14, 2018.
5. Hearing on dispositive motions will occur on October 16, 2018 at 1:30 p.m., or as soon thereafter as the Court is available.

The requested extensions will not interfere with any other dates contained in the Court's Scheduling Order.

{00116901.3} 2

The Parties believe the limited stay, or alternatively, the thirty day extension, is necessary to either move this matter to successful mediation or achieve early resolution.

For the foregoing reasons, Plaintiff and Defendants respectfully request the Court either approve a limited 60-day limited stay, at which time the Parties will file a proposed joint scheduling order, or alternatively, the Parties request the Court continue each of the previously set deadlines by thirty days in order to avoid derailing the ongoing settlement negotiations.

DATED: July 6, 2018                  DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP

By: /s/ Jennifer Randlett Madden
JENNIFER RANDLETT MADDEN
Attorney for Defendant
MICHELLE WHITE

DATED: July 6, 2018                  JACKSON LEWIS P.C.

By: /s/ Michael J. Christian (as authorized on 7/6/18)
MICHAEL J. CHRISTIAN
SHANE R. LARSEN
Attorneys for Plaintiff
THE PERMANENTE MEDICAL GROUP, INC.

DATED: July 6, 2018                  FOOS GAVIN LAW FIRM, P.C.

By: /s/ Sean Gavin (as authorized on 7/6/18)
SEAN GAVIN
Attorney for Plaintiff
IRENE PORTER

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the joint stipulation of the Parties, and good cause appearing: |
| 3 | The deadline to complete discovery is hereby continued to August 15, 2018; the deadline |
| 4 | to disclose expert witnesses is continued to August 15, 2018; the deadline for supplemental |
| 5 | disclosure of rebuttal experts is continued to September 1, 2018; or the deadline to file dispositive |
| 6 | motions is continued to September 14, 2018; and the deadline to hear dispositive motions is |
| 7 | continued to October 16, 2018 at 1:30 p.m. |
| 8 | **IT IS SO ORDERED.** |

DATED:  7/9/2018                                          /s/ John A. Mendez
                                                         Hon. John A. Mendez
                                                         United States District Court Judge