SEAN GAVIN (SBN: 251124)
FOOS GAVIN LAW FIRM, P.C.
3947 Lennane Drive, Suite 120
Sacramento, California 95834
Telephone: (916) 779.3500
Facsimile : (916) 779.3508
sean@foosgavinlaw.com

Attorney for Plaintiff
IRENE PORTER

MICHAEL J. CHRISTIAN (SBN 173727)
SHANE R. LARSEN (SBN 283966)
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
christianm@jacksonlewis.com
shane.larsen@jacksonlewis.com

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.

JENNIFER R. MADDEN (SBN 184905)
CAROLINE M. COLANGELO (SBN 278071)
DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP
500 Capitol Mall, Suite 1550
Sacramento, California 95814
Telephone: (916) 661-5700
Facsimile: (916) 662-5071
jmadden@delfinomadden.com

Attorneys for Defendant
MICHELLE WHITE

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE PORTER,<br><br>   Plaintiff,<br><br>v.<br><br>THE PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HEALTH PLAN, INC.; MICHELLE WHITE; and DOES 1 through 100,<br><br>   Defendants. | Case No. 2:16-CV-01140-JAM-KJN<br><br>**STIPULATED JOINT REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER; AND ORDER**<br><br>**(AS MODIFIED BY THE COURT)** |

/ / /

## I. PRESENTLY SCHEDULED DATES AND REQUESTED MODIFIED DATES

Plaintiff Irene Porter ("Plaintiff" or "Porter"), and Defendants The Permanente Medical Group, Inc. ("TPMG") and Michelle White (collectively "Defendants"), have been negotiating an agreement to resolve this matter and are close to resolution. However, resolution of this matter is dependent upon the resolution of a case pending in the Superior Court of the State of California for the County of Sacramento, *Michelle White v. The Permanente Medical Group, Inc., et al.*, Case No. 34-2017-00224287 ("state case"). The state case includes the same parties involved in this matter and encompasses the same and/or related facts at issue here, but co-defendant White is pursing claims against TPMG and Porter. The parties have scheduled a mediation for August 14, 2018, with mediator Cynthia Remmers.

In order for the parties to mediate their disputes on August 14, 2018 and finalize a resolution of this case, Porter and Defendants hereby jointly request, pursuant to FRCP Rule 16(b) and based on the showing of good cause discussed herein, that the Court modify the Pretrial Scheduling Order initially issued on August 10, 2016 (Docket #11) as modified by the Court's order on July 9, 2018 (Docket #33) by:

1. Setting a new deadline of September 28, 2018, for all discovery to be completed, from the current deadline of August 15, 2018.

2. Setting a new deadline of October 12, 2018, for expert witness disclosure, from the current deadline of August 15, 2018.

3. Setting a new deadline November 12, 2018 for supplemental disclosure of rebuttal experts, from the current deadline of September 1, 2018.

4. Setting a new deadline of November 16, 2018, for dispositive motions to be filed, from the current deadline of September 14, 2018.

5. Setting a new date and time of December 17, 2018, at 1:30 p.m. for the hearing on dispositive motions, from the current hearing date of October 16, 2018 at 1:30 p.m.

6. Setting a new date and time of January 30, 2019, at 10:00 a.m. for the final pretrial conference, from the current date of December 7, 2019 at 9:00 a.m.

7. Setting a new date and time of March 25, 2019, at 9:00 a.m. for the jury trial, from the current trial date of January 14, 2019.

If for any reason the Court chooses not to set these exact dates, the Parties seek alternative dates close to the requested dates.

## II. GOOD CAUSE EXISTS TO MODIFY THE PRETRIAL SCHEDULING ORDER

On August 8, 2016, the parties submitted a Joint Status Report. (See Docket #10.) On August 10, 2016, this Court issued its Pretrial Scheduling Order. (See Docket #11.) This Pretrial Scheduling Order established the deadline to file and the date to hear dispositive motions, the deadline to complete discovery, and the deadline to designate expert witnesses and disclose supplemental and rebuttal expert witnesses. The Pretrial Scheduling Order also set the date of the final pretrial conference and the jury trial.

The parties diligently litigated the case within the deadlines originally scheduled. On September 29, 2017, however, Plaintiff's prior counsel, Grant Winter of Mastagni Holstedt, A.P.C., filed a Motion to Withdraw as Counsel. (See Docket #15.) Defendants did not oppose the withdrawal, but nevertheless filed an Opposition to the Motion for the purpose of formally requesting the continuance of the aforementioned dates and deadlines in light of the withdrawal and the difficulties in conducting and completing discovery that immediately preceded the withdrawal. (See Docket #17.)

On October 31, 2017, the Court granted Mr. Winter's Motion to Withdraw. (See Docket #19.) On December 20, 2017, Plaintiff retained new counsel, Sean Gavin of Foos Gavin Law Firm, P.C., who in turn submitted a Substitution of Attorney form to the Court. Following that, the parties engaged in further discovery, conducting the first day of Plaintiff's deposition, in April 2018. The parties have also been diligently attempting to resolve this matter and are close to finalizing an agreement. The success of this resolution is dependent upon the resolution of the state case, as discussed previously. In order for the parties to conduct the August 14, 2018, mediation and resolve these matters entirely, they seek the extensions outlined above. Should the efforts to resolve these matters be unproductive, the parties will proceed with reasonable diligence to take all steps necessary to prepare and bring the matter to trial.

### III. CONCLUSION

For the foregoing reasons, Plaintiff and Defendants jointly request the Court modify the Pretrial Scheduling Order to (1) vacate and reset the deadline to file and the date to hear dispositive motions, the deadline to complete discovery, and the deadline to designate expert witnesses and disclose supplemental and rebuttal expert witnesses; and (2) vacate and reset the respective dates of the final pretrial conference and the jury trial.

Dated: August 10, 2018　　　　　　　　FOOS GAVIN LAW FIRM, P.C.

By: */s/ Sean Gavin (as auth. on 8.10.18)*
　　Sean Gavin

Attorneys for Plaintiff
IRENE PORTER

Dated: August 10, 2018　　　　　　　　JACKSON LEWIS P.C.

By: */s/ Michael J. Christian*
　　Michael J. Christian
　　Shane R. Larsen

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.

Dated: August 10, 2018　　　　　　　　DELFINO MADDEN O'MALLEY
　　　　　　　　　　　　　　　　　　　COYLE & KOEWLER LLP

By: */s/ Jennifer Madden (as auth. on 8.1.18)*
　　Jennifer R. Madden
　　Kristin Ivanco

Attorneys for Defendant
MICHELLE WHITE

## ORDER  (AS MODIFIED BY THE COURT)

Good cause appearing, the Court hereby modifies the Pretrial Scheduling Order as follows:

1. All discovery shall be completed by September 28, 2018.
2. Expert witness disclosure shall be by October 12, 2018.
3. Supplemental disclosure of rebuttal experts shall be by November 12, 2018.
4. Dispositive motions shall be filed by December 11, 2018.
5. The hearing on dispositive motions shall be held on January 8, 2019, at 1:30 p.m.
6. The parties joint pretrial statement shall be filed no later than February 1, 2019.
7. The final pretrial conference shall be set for February 8, 2019, at 11:00 a.m.
8. Jury trial is set for March 25, 2019, at 9:00 a.m.

All other dates in the Pretrial Scheduling Order and the Supplemental Pretrial Scheduling Order remain unchanged.

**IT IS SO ORDERED.**

Dated:  August 10, 2018

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge