SEAN GAVIN (SBN: 251124)
FOOS GAVIN LAW FIRM, P.C.
3947 Lennane Drive, Suite 120
Sacramento, California 95834
Telephone:  (916) 779.3500
Facsimile :  (916) 779.3508
sean@foosgavinlaw.com

Attorney for Plaintiff
IRENE PORTER

MICHAEL J. CHRISTIAN (SBN 173727)
SHANE R. LARSEN (SBN 283966)
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141
christianm@jacksonlewis.com
shane.larsen@jacksonlewis.com

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP, INC.

JENNIFER R. MADDEN (SBN 184905)
CAROLINE M. COLANGELO (SBN 278071)
DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP
500 Capitol Mall, Suite 1550
Sacramento, California 95814
Telephone:  (916) 661-5700
Facsimile:  (916) 662-5071
jmadden@delfinomadden.com

Attorneys for Defendant
MICHELLE WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE PORTER,<br><br>        Plaintiff,<br><br>  v.<br><br>THE PERMANENTE MEDICAL GROUP, INC.; KAISER FOUNDATION HEALTH PLAN, INC.; MICHELLE WHITE; and DOES 1 through 100,<br><br>        Defendants. | Case No. 2:16-CV-01140-JAM-KJN<br><br>**STIPULATED JOINT REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>Complaint Filed:   May 25, 2016<br>Trial Date:           March 25, 2019 |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

    Plaintiff IRENE PORTER and Defendants THE PERMANENTE MEDICAL GROUP, INC. and MICHELLE WHITE by and through their respective attorneys of record, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to dismissal of this entire action, with prejudice, and without an award of attorney's fees or costs to any party.

    IT IS SO STIPULATED AND AGREED:

Dated: October 16, 2018                FOOS GAVIN LAW FIRM, P.C.

    By: */s/ Sean Gavin (as auth. on 10.16.18)*
        Sean Gavin

    Attorneys for Plaintiff
    IRENE PORTER

Dated: October 17, 2018                JACKSON LEWIS P.C.

    By: */s/ Michael J. Christian*
        Michael J. Christian
        Shane R. Larsen

    Attorneys for Defendant
    THE PERMANENTE MEDICAL GROUP, INC.

Dated: October 9, 2018                DELFINO MADDEN O'MALLEY
    COYLE & KOEWLER LLP

    By: */s/ Jennifer Madden (as auth. on 10.9.18)*
        Jennifer R. Madden
        Kristin Ivanco

    Attorneys for Defendant
    MICHELLE WHITE

## **ORDER**

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated: 10/17/2018

    /s/ John A. Mendez
    United States District Court Judge